# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GARY JACOBS, CHRIS MILANO, SEAN REARDON, MARK WAY, Plaintiff(s),

v.

CITY OF BELMONT, CALIFORNIA and BELMONT FIRE PROTECTION DISTRICT, Defendant(s).

Case No: 4:18-cv-05823-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____, an active member in good standing of the bar of DISTRICT OF COLUMBIA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: GARY JACOBS, et al. in the above-entitled action. My local co-counsel in this case is CHRISTOPHER PLATTEN, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| WOODLEY & MCGILLIVARY, LLP<br>1101 Vermont Avenue, NW, Suite 1000<br>Washington DC 20005 | WYLIE, MCBRIDE, PLATTEN, & RENNER<br>2125 Canoas Garden Avenue, Suite 120<br>San Jose California 95125 |
| My telephone # of record:<br>202-833-8855 | Local co-counsel's telephone # of record:<br>408-979-2920 |
| My email address of record: | Local co-counsel's email address of record: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: September 27, 2018

/s/ _____
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/3/2018

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# United States District & Bankruptcy Courts for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## THOMAS AQUINAS WOODLEY

was, on the __2nd__ day of __August__ A.D. __1973__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __22nd__ day of __May__ A.D. __2018__.



**ANGELA D. CAESAR, CLERK**

By: _[signature]_
**Public Operations Administrator**