Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GARY JACOBS,
CHRIS MILANO,
SEAN REARDON,
MARK WAY, Plaintiff(s),

v.

CITY OF BELMONT, CALIFORNIA
and
BELMONT FIRE PROTECTION DISTRICT, Defendant(s).

Case No: 4:18-cv-5823-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, THEODORE R. COPLOFF, an active member in good standing of the bar of DISTRICT OF COLUMBIA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: GARY JACOBS, et al. in the above-entitled action. My local co-counsel in this case is CHRISTOPHER PLATTEN, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>WOODLEY & MCGILLIVARY, LLP<br>1101 Vermont Avenue, NW, Suite 1000<br>Washington DC 20005 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>WYLIE, MCBRIDE, PLATTEN, & RENNER<br>2125 Canoas Garden Avenue, Suite 120<br>San Jose California 95125 |
| MY TELEPHONE # OF RECORD:<br>202-833-8855 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>408-979-292 |
| MY EMAIL ADDRESS OF RECORD:<br>trc@wmlaborlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cplatten@wmprlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 998761.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/28/2018      /s/ Theodore R. Coploff
                                        APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/3/2018                    *Haywood S. Gill*
                                        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Theodore Reid Coploff*

was duly qualified and admitted on **January 7, 2011** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 17, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: _____
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.