1  Thomas A. Woodley (*pro hac vice*)
   taw@wmlaborlaw.com
2  T. Reid Coploff (*pro hac vice*)
   trc@wmlaborlaw.com
3  Matthew D. Purushotham (*pro hac vice*)
   WOODLEY & McGILLIVARY LLP
4  1101 Vermont Avenue, N.W.
   Suite 1000
5  Washington, D.C. 20005
   Phone: (202) 833-8855
6  Fax:   (202) 452-1090

7  *Attorneys for Plaintiffs*

8  (Additional Counsel to Follow)

9  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11   GARY JACOBS, *ET AL.*,

12             Plaintiffs,                     **Case No. 4:18-cv-05823-HSG**

13   v.

14   CITY OF BELMONT, CALIFORNIA, *ET AL.*,    **STIPULATION ON SCHEDULING**
                                               **AND ORDER**
              Defendants.

1   Christopher E. Platten, (SBN 111971)
    cplatten@wmprlaw.com
2   WYLIE, MCBRIDE, PLATTEN & RENNER
    2125 Canoas Garden Avenue, Suite 120
3   San Jose, California 95125
    Telephone: (408) 979-2920
4   Fax: (408) 979-2934

5   *Attorneys for the Plaintiffs*

6   Shannon B. Nakabayashi (State Bar No. 215469)
    Mariko Mae Ashley (State Bar No. 311897)
7   JACKSON LEWIS P.C.
    50 California Street, 9th Floor
8   San Francisco, CA 94111
    Telephone 415.394.9400
9   Facsimile: 415.394.9401
    E-mail: Shannon.Nakabayashi@jacksonlewis.com
10  Mariko.Ashley@jacksonlewis.com

11  *Attorneys for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

Pursuant to the Court's January 16, 2019 Order (Dkt. 28), the parties conferred by phone and e-mail. Plaintiffs Gary Jacobs, *et al.*, ("Plaintiffs") and Defendants City of Belmont, California and Belmont Fire Protection District ("Defendants"), by and through their respective counsel, do hereby submit this Stipulation on Scheduling and Proposed Order. After conferring, counsel for the parties have agreed upon the following:

**(1) Mediation**

The parties intend to engage in mediation with a private mediator jointly selected by the parties. The parties intend to complete mediation no later than April 1, 2019. However, if it is not possible to complete mediation by this date due to the mediator's schedule, the parties may request an additional 30-day extension of the subsequent discovery deadlines proposed herein.

The parties will agree to engage in limited, damages-based discovery in order to be able to meaningfully participate in mediation.

**(2) Full Fact Discovery**

The parties will serve initial Notices of Deposition, Requests for Admission, Interrogatories, and Requests for Production of Documents within 14 days of the conclusion of mediation and no later than **April 15, 2019**.

**(3) Suggested Discovery Cut-Off**

The parties propose that the completion of fact discovery, including expert discovery, by **July 15, 2019**.

**(4) Expert Discovery**

Plaintiff's expert witness disclosure and report will be due on **June 17, 2019**. Defendant's expert witness disclosure and report will be due on **July 1, 2019**. The expert deposition deadline will be **July 15, 2019**.

**(5) Dispositive Motions**

The parties anticipate that dispositive motions may be filed after discovery is completed. The Parties propose that notice of a dispositive motion be filed by **September 5, 2019**, and a hearing for dispositive motions be set for **October 17, 2019**.

**(6) Pre-Trial Conference**

The parties propose that the Pre-Trial Conference in this case take place on **January 14, 2020**.

**(7) <u>Trial</u>**

Based on the Court's January 16, 2019 Order (Dkt. 28), the Parties propose a trial date of **January 29-31, 2020**. Trial of this case will by jury. The parties estimate that trial of this case will take two (2) to three (3) days.

**IT IS SO STIPULATED AND REQUESTED.**

Dated: January 22, 2019

/s/ T. Reid Coploff
Thomas A. Woodley (*pro hac vice*)
taw@wmlaborlaw.com
T. Reid Coploff (*pro hac vice*)
trc@wmlaborlaw.com
Matthew D. Purushotham (*pro hac vice*)
WOODLEY & McGILLIVARY LLP
1101 Vermont Avenue, N.W.
Suite 1000
Washington, D.C. 20005
Phone: (202) 833-8855
Fax: (202) 452-1090

*Counsel for Plaintiffs*

/s/ Christopher E. Platten
Christopher E. Platten, (SBN 111971)
cplatten@wmprlaw.com
WYLIE, MCBRIDE, PLATTEN &
RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, California 95125
Telephone: (408) 979-2920
Fax: (408) 979-2934

*Counsel for Plaintiffs*

/s/ Shannon B. Nakabayashi
Shannon B. Nakabayashi (State Bar No. 215469)
Mariko Mae Ashley (State Bar No. 311897)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone 415.394.9400
Facsimile: 415.394.9401
E-mail: Shannon.N
akabayashi@jacksonlewis.com
Mariko.Ashley@jacksonlewis.com

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED except**, the jury trial will start on Monday, January 27, 2020 at 8:30 a.m. (for three days).

Dated January 4, 2019

*Haywood S. Gill Jr.*
Honorable Haywood S. Gilliam, Jr.