Shannon B. Nakabayashi (State Bar No. 215469)
Mariko Mae Ashley (State Bar No. 311897)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone    415.394.9400
Facsimile:   415.394.9401
E-mail:      Shannon.Nakabayashi@jacksonlewis.com
             Mariko.Ashley@jacksonlewis.com

Attorneys for Defendants
CITY OF BELMONT and BELMONT FIRE
PROTECTION DISTRICT

T. Reid Coploff, Esq.
Matthew D. Purushotham, Esq.
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Avenue, Suite 1000
Washington, DC 20005
Telephone:   202.833.8855
Facsimile:   202.452.1090
E-mail:      trc@mselaborlaw.com
             mdp@mselaborlaw.com

Attorneys for Plaintiffs
(additional counsel for Plaintiffs listed on next page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JACOBS, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BELMONT, CALIFORNIA, and BELMONT FIRE PROTECTION DISTRICT, <br><br> Defendants. | Case No.: 4:18-cv-05823-HSG <br><br> [PROPOSED] ORDER |

| | |
|---|---|
| 1 | Christopher E. Platten, Esq. |
| | Wylie, McBride, Platten & Renner |
| 2 | 2125 Canoas Garden Avenue, Suite 120 |
| 3 | San Jose, CA  95125 |
| | Telephone:      408.979.2920 |
| 4 | Facsimile:       408.979.2934 |
| | E-mail:           cplatten@wmprlaw.com |
| 5 | |
| | Attorney for Plaintiffs |

# [PROPOSED] ORDER

The Court carefully reviewed the Notice of Motion and Joint Motion for Order to Approve Settlement ("Motion") and proposed Order, the Settlement Agreement, and relevant Exhibits.

Based upon a review of the record, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows;

1. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs and the Parties shall perform the Settlement Agreement in accordance with its terms;

2. The Court reserves jurisdiction over this Action for the purposes of enforcing the Settlement Agreement;

3. The Court has made no findings or determination regarding the law, and this Motion and any Exhibits and any of the other documents or written materials prepared in conjunction with this Motion and Order shall not constitute evidence of, or any admission of, any violation of the law; and

4. The claims of Plaintiffs in this case are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 28, 2019

**HON. HAYWOOD S. GILLIAM, JR.**
**UNITED STATES DISTRICT JUDGE**